Dora V. Lane, Esq. (NV Bar No. 8424)
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
Telephone: (775) 671-6171
Email: Dora@ascent-employmentlaw.com

Attorneys for Defendant
Pima Door & Supply, Inc., LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Francisco Javier Moran,<br><br>    Plaintiff<br><br>v.<br><br>PIMA DOOR & SUPPLY, INC., LLC , DOES I through X; and Roe Corporations I through X, inclusive,<br><br>    Defendant. | CASE NO. 2:26-cv-00453-APG-BNW<br><br>**STIPULATION TO STAY DISCOVERY PENDING EARLY NEUTRAL EVALUATION SESSION** |

Defendant Pima Door & Supply, Inc., LLC ("Defendant" or "Pima Door"), by and through its counsel of record, the law firm of Ascent Law, PC, and Plaintiff Francisco Javier Moran ("Plaintiff" or "Moran"), by and through his counsel of record, the Bourassa Law Group, submit the following Stipulation to Stay Discovery Pending Early Neutral Evaluation Session.

Pima Door and Moran agree and respectfully request as follows:

1. Except as provided below, discovery be stayed pending the parties' completion of the Early Neutral Evaluation ("ENE") in this case;

2. The parties will exchange their Initial Disclosures (and actually produce identified documents to each other) at least 21 days before the ENE session to allow for a meaningful participation in the ENE.

///

3. In the event the parties do not resolve the matter at the ENE, the parties will submit a Proposed Discovery Plan and Scheduling Order within 14 days of the ENE.

DATED this 18th day of March, 2026.

/s/ Mark J. Bourassa
Mark J. Bourassa
The Bourassa Law Group
2350 W. Charleston Blvd., Suite 100
Las Vegas, NV 89102
mbourassa@blgwins.com

*Attorneys for Plaintiff Francisco Javier Moran*

DATED this 18th day of March, 2026.

/s/ Dora V. Lane
Dora V. Lane
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
Telephone: (775) 671-6171
Email: Dora@ascent-employmentlaw.com

*Attorneys for Defendant Pima Door Supply, Inc., LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___March 19, 2026_____

2

**PROOF OF SERVICE VIA ELECTRONIC SERVICE**

I, Dora Lane, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by Ascent Law, P.C. My business address is 5470 Kietzke Lane, Ste. 300, Reno, NV 89511-2099. I am over the age of 18 years and not a party to this action.

On March 18, 2026, I served the foregoing **STIPULATION TO STAY DISCOVERY PENDING EARLY NEUTRAL EVALUATION SESSION** by causing the above-named document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

> Mark J. Bourassa, Esq.
> The Bourassa Law Group
> 2350 W. Charleston Blvd., Suite 100
> Las Vegas, NV 89102
> mbourassa@blgwins.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on March 18, 2026.

/s/Dora Lane
Dora Lane

Ascent Law, PC
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511

3