Dora V. Lane, Esq. (NV Bar No. 8424)
Michael T. Gebhart, Esq. (NV Bar No. 7718)
Ascent Law, PC
5470 Kietzke Lane, Ste. 300
Reno, NV 89511-2099
Telephone: (775) 671-6171
dora@ascent-employmentlaw.com
michael@ascent-employmentlaw.com

Attorneys for Defendant
Pima Door & Supply, Inc., LLC

Ascent Law, PC
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Francisco Javier Moran,<br><br>Plaintiff<br><br>v.<br><br>PIMA DOOR & SUPPLY, INC., LLC, DOES I through X; and Roe Corporations I through X, inclusive,<br><br>Defendant | CASE NO. 2:26-cv-00453-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Francisco Javier Moran and Defendant Pima Door & Supply, Inc., LLC, by and through their respective counsel of record, hereby stipulate and agree that this action, including all claims and causes of action asserted or that could have been asserted herein, shall be dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

Ascent Law, PC
5470 Kietzke Lane, Suite 300
Reno, Nevada 89511

Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: August 27, 2026

THE BOURASSA LAW GROUP

By: /s/ Mark J. Bourassa
MARK J. BOURASSA, ESQ.
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Attorney for Plaintiff
Francisco Javier Moran

DATED: August 27, 2026.

ASCENT LAW, PC

By: /s/ Dora V. Lane
DORA V. LANE, ESQ.
MICHAEL T. GEBHART, ESQ.
5470 Kietzke Lane, Ste. 300
Reno, Nevada 89511-2099
Attorneys for Defendant
Pima Door & Supply, Inc., LLC

**ORDER**

Based on the parties' stipulation, this action is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

DATED this 28th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE